IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL J. KULWICKI, Personal Representative of the Estate of Ashley J. Kulwicki, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Civil No. 4:10-CV-03026<br><br>**STIPULATION FOR REFERRAL TO MEDIATION** |

COME NOW the plaintiff and defendant and request that the Court refer this matter to mediation. The parties have agreed that Robert W. Shively mediate this matter. The first available date for all the parties is November 9, 2010. A mediation is scheduled for that date at 10 o'clock a.m.

The parties request that the Court stay the progression schedule pending the mediation.

RUSSELL J. KULWICKI, Personal Representative of the Estate of Ashley J. Kulwicki, Deceased, Plaintiff

By  /s/ John C. Fowles
John C. Fowles, #20386
THE FOWLES LAW OFFICE, P.C., L.L.O.
251 Capitol Beach Boulevard, Suite 19
Lincoln, Nebraska 68528
Phone: (402) 488-0500
Fax:  (402) 488-0041
jcfowles@fowleslaw.com
Attorney for Plaintiff

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, Defendant

By  /s/ Stephanie F. Stacy
Stephanie F. Stacy, #19606
BAYLOR, EVNEN, CURTISS, GRIMMIT & WITT, LLP
1248 "O" Street, Suite 600
Lincoln, Nebraska 68508
Phone: (402) 475-1075
Fax:  (402) 475-9515
sstacy@baylorevnen.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Stephanie F. Stacy
    1248 "O" Street, Suite 600
    Lincoln, NE 68508

                                        /s/ John C. Fowles
                                        John C. Fowles, #20386