IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL J. KULWICKI, Personal Representative of the Estate of Ashley J. Kulwicki, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Civil No. 4:10-CV-03026<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW THE plaintiff and defendant, by and through their attorneys of record, and hereby stipulate and agree that the above-entitled matter be dismissed, with prejudice, each party to pay their own costs, attorney's docket fee waived.

RUSSELL J. KULWICKI, Personal Representative of the Estate of Ashley J. Kulwicki, Deceased, Plaintiff

By /s/ John C. Fowles
John C. Fowles, #20386
THE FOWLES LAW OFFICE, P.C., L.L.O.
251 Capitol Beach Boulevard, Suite 19
Lincoln, Nebraska 68528
Phone: (402) 488-0500
Fax: (402) 488-0041
jcfowles@fowleslaw.com
Attorney for Plaintiff

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Defendant

By /s/ Stephanie F. Stacy
Stephanie F. Stacy, #19606

1248 O Street, Suite 600
Lincoln, NE 68508
Phone: (402) 475-1075
Fax: (402) 475-9515
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie F. Stacy
1248 "O" Street, Suite 600
Lincoln, NE 68508

/s/ John C. Fowles
John C. Fowles, #20386